# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HENDY ROSNER,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FALONI LAW GROUP, LLC, and FIRST PORTFOLIO VENTURES I, LLC,**<br><br>    **Defendants.** | Civ. No. 20-10279 (KM) (ESK)<br><br>**ORDER** |

    This matter comes before the Court on the Report and Recommendation ("R&R") (DE 18) of the Honorable Edward S. Kiel, United States Magistrate Judge, recommending that that Hendy Rosner's motion for attorney's fees and costs be granted in part and denied in part and that Mr. Rosner be awarded $11,220 in legal fees and $675 in costs, for a total award of $11,895; and no party having filed an objection to the R&R; and the Court having considered all the foregoing, reviewed *de novo* the Magistrate Judge's R&R, even though no objections were filed; and the Court having decided the matter without oral argument pursuant to Fed. R. Civ. P. 78; and for good cause shown:

    **IT IS** this 11th day of March, 2021,

    **ORDERED** that Judge Kiel's Report and Recommendation (DE 18) is **ADOPTED**.

    The Clerk shall close the file.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty**
**United States District Judge**